JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICARDO PEREZ,

    Petitioner,

  v.

NEIL MCDOWELL, Warden,

    Respondent.

Case No. 8:19-cv-00053-RGK-KES

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied.

DATED: September 6, 2019

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE